# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Bartholomew Bishop
        Plaintiff,

v.                Case No.: 1:10−cv−04031
                  Honorable Gary Feinerman

Tom Dart, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 21, 2011:

  MINUTE entry before Honorable Gary Feinerman:Agreed motion for extension of discovery deadline [45] is granted. Fact discovery shall close 11/15/2011. Plaintiff shall make Rule 26(a)(2) disclosures by 12/15/2011. Plaintiff's experts shall be deposed by 1/15/2012. Defendants shall make Rule 26(a)(2) disclosures by 2/15/2011. Defendants' experts shall be deposed by 3/15/2012. Dispositive motions shall be filed by 4/15/2012. Motion hearing scheduled for 7/25/2011 [47] is stricken. Status hearing scheduled for 8/3/2011 [42] is stricken and re−set for 11/2/2011 at 9:00 a.m.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.