**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BARTHOLOMEW BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 10 C 4031 |
| | ) | |
| THOMAS DART, in his official capacity, | ) | Honorable Judge |
| COOK COUNTY, a municipality, and | ) | Gary Feinerman |
| DR. HOWARD, in his individual capacity, | ) | |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

**NOTICE OF FILING**

To: Kelly McCloskey Cherf　　　　　　　Thomas Cargie
　　 J. Michael Tecson　　　　　　　　　Assistant State's Attorney
　　 Nicholas M. Hudalla　　　　　　　　Conflicts Counsel Unit
　　 Hogan Marren, Ltd.　　　　　　　　69 W. Washington, Suite 2030
　　 180 N. Wacker Drive, Suite 600　　　Chicago, IL 60602
　　 Chicago, IL 60606

　　　YOU ARE HEREBY NOTIFIED that on May 13, 2012, I caused to be filed in the United States District Court for the Northern District of Illinois, Eastern Division the attached *Defendant Dart's Motion to Summary Judgment, Memorandum of Law in Support,* and *56.1 Statement of Facts and Supporting Exhibits.*

　　　　　　　　　　　　　　　　　　ANITA ALVAREZ
　　　　　　　　　　　　　　　　　　State's Attorney of Cook County

　　　　　　　　　　　　By:　　*/s/ Allison C. Marshall*
　　　　　　　　　　　　　　　　Allison C. Marshall
　　　　　　　　　　　　　　　　Assistant State's Attorney
　　　　　　　　　　　　　　　　Torts / Civil Rights Unit
　　　　　　　　　　　　　　　　500 Richard J. Daley Center
　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　(312) 603-5444

## **CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, certify that that, in accordance with Fed. R. Civ. P. 5. LR 5.5 and the General Order on Electronic Case Filing (ECF), I caused to be served the foregoing document(s) with attachment(s) referred to therein, if any, by electronically filing the same to the attorney(s) of record at the address(es) of record with the Court's ECF System, which imposes delivery to the same, on May 13, 2012.

                                              */s/ Allison C. Marshall*
                                              Allison C. Marshall